O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTH AMERICA AUTO SALE INC., a California corporation, | ) ) ) | Case No. CV 14-04303 DDP (MANx) |
| | ) | GRANTING MOTION TO DISMISS |
| Plaintiff, | ) ) | [DOCKET NUMBER 16] |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Plaintiff seeks the return of property that is the subject of a forfeiture action in the Middle District of Tennessee. (Motion, Ex. A). "[W]hen a civil forfeiture proceeding is pending, there is no need to fashion an equitable remedy to secure justice for the claimant." United States v. U.S. Currency $83,310.78, 851 F.2d 1231, 1235 (9th Cir. 1988); See also Return of Seized Property (Jordan) v. United States, 625 F.Supp.2d 949, 955 (C.D. Cal. 2009) aff'd, 606 F.3d 1135 (9th Cir. 2010); Pereira v. United States Drug Enforcement Admin., No. 13-CV-884 AWI, 2013 WL 5797096 at *2 (E.D. Cal. Oct. 28, 2013); Gonzalez v. United States Dep't of

Justice, CV F 13-575 LJO, 2013 WL 5739090 at *4 (E.D. Cal. Oct. 22, 2013). Defendant's Motion to Dismiss (Dkt. No. 13) is GRANTED.

IT IS SO ORDERED.

Dated: February 9, 2015

_____
DEAN D. PREGERSON
United States District Judge